UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MICHAEL SWIFT

     Plaintiff(s)

 (vs)

BAYSIDE STATE PRISON, ET AL.

     Defendant(s)

:  **JUDGMENT**

:  Civil #07-06012  (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 14, 2011 and no timely objection having been filed,

IT IS, on this 28th day of February 2012

ORDERED that the report of Hon. John W. Bissell dated December 14, 2011 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Michael Swift**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.